UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> GURMIT SINGH JASSAL, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO.   MJ08-44 <br><br> DETENTION ORDER |

Offenses charged:

    Count I:    Possession with Intent to Distribute MDMA or Ecstasy, in violation of Title 21, U.S.C, Sections 841(a)(1), 841(b)(1)(C) and Title 18, U.S.C., Section 2.

    Count II:    Possession with Intent to Distribute Marijuana, in violation of Title 21, U.S.C., Sections 841(a)(1) and 841(b)(1)(D), Title 18, U.S.C., Section 2.

Date of Detention Hearing: February 11, 2008.

    The Court, having conducted an uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the

DETENTION ORDER
PAGE -1-

defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Roger Rogoff.  The defendant was represented by Peter Mazzone.

The Government argued for detention filed a Motion for Detention, to which the defendant stipulated.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) There is probable cause to believe the defendant committed the possession with intent to distribute drug offenses.  The maximum penalty is in excess of ten years. There is therefore a rebuttable presumption against the defendant's release based upon both dangerousness and flight risk, under Title 18 U.S.C. § 3142(e).

(2) Defendant is a citizen and national of Canada with strong family ties in India.  He is therefore viewed as a risk of flight.

(3) He has substance abuse problems, and is therefore viewed as a risk of danger, especially given of the nature of the alleged offense.

(4) The defendant stipulates to detention at this time.

Based upon the foregoing information, it appears that there is no condition or combination of conditions that would reasonably assure future Court appearances and/or the safety of other persons or the community.

**It is therefore ORDERED**:

(l) The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER
PAGE -2-

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 13th day of February, 2008.

_____
MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -3-